IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:21-mj-00228<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/12/2021<br>Description: COMPLAINT W/ARREST WARRANT |
| v. | : | |
| | : | **VIOLATIONS:** |
| **SANDRA RUTH PARKER, and** | : | |
| | : | 18 U.S.C. § 371 |
| **BENNIE ALVIN PARKER,** | : | **(Conspiracy)** |
| | : | |
| Defendants. | : | 18 U.S.C. §§ 1361, 2 |
| | : | **(Destruction of Government Property and Aiding and Abetting)** |
| | : | |
| | : | 18 U.S.C. § 1512(c)(2), 2 |
| | : | **(Obstruction of an Official Proceeding and Aiding and Abetting)** |
| | : | |
| | : | 18 U.S.C. § 1752(a) |
| | : | **(Restricted Building or Grounds)** |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

1

Date: 2/12/2021

                                                                               _____
                                                                               Zia M. Faruqui
                                                                               UNITED STATES MAGISTRATE JUDGE

cc:    Ahmed Baset
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C. 20530